**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-03-312 (1) |
| | § | C.A. No. 05-354 |
| | § | |
| JOSE DE LOS SANTOS RODRIGUEZ, | § | |
|     Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jose De Los Santos Rodriguez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 19th day of September 2005.

_____
Janis Graham Jack
United States District Judge